UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>   Plaintiff,<br><br>  v.<br><br>L. FRANKLIN,<br><br>   Defendant. | Case No. 2:18-cv-05525-JGB-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

1     IT IS THEREFORE ORDERED: defendant's Motion for Terminating
2 Sanctions (docket no. 98) is granted, except to the extent it seeks monetary
3 sanctions; plaintiff's motion for production of video and audio recordings (docket
4 no. 104) is denied; and Judgment will be entered dismissing the Complaint and this
5 action with prejudice.

7 DATED:  January 18, 2023

                                      HONORABLE JESUS G. BERNAL
                                      UNITED STATES DISTRICT JUDGE