JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER, | ) Case No. 2:18-cv-05525-JGB-SP |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| L. FRANKLIN, | ) |
| Defendant. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice.

Dated: January 18, 2023

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE